**Electronically Filed
Supreme Court
SCWC-21-0000024
20-JUN-2022
07:54 AM
Dkt. 17 ODAC**

SCWC-21-0000024

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

FOR OUR RIGHTS, a Hawaiʻi corporation, Diana Lomma, David R. Hamman, Randi Hamman, Janet Eisenbach, Levana Lomma Keikaika, Lawrence K. Paille, Geralyn Schulkind, Leonard Schulkind, Daniel Hashimoto, Christina Cole, Francesca Woolger, Naʻea Lindsey, Michael Mazzone, Lanette J. Harley, and Loraine L. Patch, Petitioners/Plaintiffs-Appellants,

v.

DAVID IGE, in his official capacity as Governor of the State of Hawaiʻi, HOLLY T.M. SHIKADA, in her official capacity as Attorney General for the State of Hawaiʻi, and STATE OF HAWAIʻI, Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000024; CASE NO. 5CCV-20-0000091)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioners/Plaintiffs-Appellants' Application for Writ of Certiorari filed on April 22, 2022, is hereby rejected.

DATED: Honolulu, Hawaiʻi, June 20, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

